## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

DELORES PARENTE,                           )
                                           )
     Plaintiff,                         )
                                           )
v.                                         )
                                           )   Case No.   3:15-cv-1126
THF GLEN CARBON DEVELOPMENT, LLC,          )
TKG MANAGEMENT, INC., d/b/a THE            )
KROENKE GROUP, and CATO CORPORATION        )
                                           )
     Defendants.                        )

### NOTICE OF REMOVAL AND DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant, THF Glen Carbon Development, L.L.C. and TKG Management, Inc., by and through their attorneys, HeplerBroom, LLC, remove to this Court the above-entitled case from the Circuit Court of Madison County, Illinois.

1.     The removed case is a civil action filed on September 10, 2015, in the Circuit Court of the County of Madison, Illinois, bearing Cause No. 15-L-1163.

2.     As required by 28 U.S.C. § 1446(a), attached as Exhibit A is copy of the Complaint and Summons served upon defendants THF Glen Carbon Development, L.L.C. and TKG Management, Inc.

3.     Venue of this removal action is proper under 28 U.S.C. § 1441(a) because this Court is the United States District Court for the district and division corresponding to the place where the state court action was pending.

4.     Plaintiff, Dolores Parente, is an individual citizen and resident of the State of Illinois.

5.     Defendant, THF Glen Carbon Development, L.L.C., is a corporation incorporated under the laws of Missouri, and having its principal place of business in Missouri.

1

6.      Defendant, TKG Management, Inc., is a corporation incorporated under the laws of Missouri, and having its principal place of business in Missouri.

7.      Defendant Cato Corporation is a corporation incorporated under the laws of Delaware, and having its principal place of business in North Carolina.

8.      Defendant, TKG Management, Inc., was served on 9/21/2015 and defendant THF Glen Carbon Development, L.L.C. was served on 9/21/2015.

9.      This Notice of Removal is filed by defendants with this Court within 30 days of receipt by the Defendants of the initial pleading against defendant as required by 28 U.S.C. § 1446(b).

10.      While plaintiff's complaint does not contain a specific monetary prayer for relief, the allegations in the complaint illustrate that an amount in excess of $75,000 is at issue.  First, plaintiff prays for an amount in excess of the circuit court's jurisdictional limit, which is $50,000.  Plaintiff specifically alleges that she "has in the past and will in the future suffer physical pain, disability and impairment" as a result of the alleged motor vehicle accident. *Complaint* at ¶ 7.  Plaintiff claims she sustained "injuries to the bones, muscles and tissues of her body," and that as a result of these injuries, plaintiff "has in the past and will in the future be required to expend large sums of money in securing medical care and treatment" *Complaint* at ¶ 7.  Based upon the nature of the allegations in the Complaint alone, the amount in controversy in this matter is in excess of $75,000, exclusive of interest and costs.

11.      Defendants, THF Glen Carbon Development, L.L.C. and TKG Management, Inc., remove this case pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 due to diversity of citizenship among the parties and sufficient amount in controversy.

12.     Defendants will promptly serve written notice of the removal of this action upon all adverse parties and will file such notice with the Clerk of the Circuit Court for Madison County, Illinois, as required by 28 U.S.C. § 1446(d).

13.     Defendants, THF Glen Carbon Development, L.L.C. and TKG Management, Inc., request a trial by jury of all issues to be tried.

WHEREFORE, defendants, THF Glen Carbon Development, L.L.C. and TKG Management, Inc., respectfully give notice that the above-entitled cause is removed from the Circuit Court of Madison, Illinois, to the United States District Court for the Southern District of Illinois.

## ***DEFENDANTS DEMAND JURY TRIAL***

Respectfully submitted,

HEPLERBROOM LLC
By: */s Daniel C. Lytle*
Troy A. Bozarth, #6236748
Daniel C. Lytle, #06295213
130 N. Main St.
P.O. Box 510
Edwardsville, IL 62025
Tele:  618-656-0184/Fax: 618-656-1364
*Attorneys for Defendants  THF Glen Carbon Development, L.L.C. and TKG Management, Inc.*

## **<u>PROOF OF SERVICE</u>**

  The undersigned certifies that a copy of the foregoing document was served upon the following attorneys of record by enclosing the same in an envelope addressed to such attorneys with postage fully prepaid and by depositing said envelope in a U.S. Post Office mail box in Edwardsville, Illinois on this 12th day of October, 2015:

   William S. Beatty
   BEATTY & MOTIL.
   78 S. Main St.
   P.O. Box 730
   Glen Carbon, IL 62034
   P: 618-299-1300
   <u>beatty@beattymotil.com</u>
   Attorney for Plaintiff.


        By: *<u>/s/ Daniel C. Lytle</u>*