September 10, 2015

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY
155 N Main St., Edwardsville, IL  62025
(618) 296-4464
madisoncountycircuitclerkIL.com

CASE No.  2015 L  001163

DATE:  September 10, 2015

DOLORES PARENTE

           PLAINTIFF

VS.

TKG MANAGEMENT INC
R OTTO MALY
211 N STADIUM BLVD SUITE
COLUMBIA, MO 65203

           DEFENDANT

*Served: 9/21/15*

DEFENDANT:  TKG MANAGEMENT INC

    You are hereby summoned and required to file an answer in this case, or otherwise file your appearance, in the office of the Madison County Circuit Clerk, within 30 days after service of this summons, exclusive of the day of service.  If you fail to do so, a judgment or decree by default may be taken against you for the relief prayed in the complaint.

    This summons must be returned by the officer or other person to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service.  If service cannot be made, this summons shall be returned so endorsed.

    This summons may not be served later than 30 days after its date.

    Witness MARK VON NIDA the Clerk of said Circuit Court and the seal thereof, at Edwardsville, Illinois, this September 10, 2015 .

(SEAL)

                            MARK VON NIDA
                            CLERK OF THE CIRCUIT COURT

                            BY: _____
                            Deputy Clerk

(Plaintiff's attorney or plaintiff if he is not represented by an attorney)
WILLIAM S. BEATTY
BEATTY & MOTIL
78 S MAIN ST PO BOX 730
GLEN CARBON, IL 62034

Date of Service: _____, 20_____.
(To be inserted by officer on the copy left with the defendant or other person)

The Madison County Court makes every effort to comply with accessibility laws and provides reasonable accommodations to persons with disabilities.  Hearing, visual and other assistance may be arranged by contacting our Court Disability Coordinator, Teri Picchioldi at 618-296-4884.

**EXHIBIT A**

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

FILED
SEP 10 2015

CLERK OF CIRCUIT COURT #76
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

DOLORES PARENTE,

    Plaintiff,

-vs-

THF GLEN CARBON DEVELOPMENT, LLC,
TKG MANAGEMENT, INC., d/b/a
THE KROENKE GROUP, and CATO
CORPORATION,

    Defendants.

Case No. 15-L-1163

## COMPLAINT

### Count I

Comes now the Plaintiff, Dolores Parente, by her attorneys, Beatty & Motil, and complaining against the Defendant, THF Glen Carbon Development, LLC, does allege and state as follows:

1. That on or about the 13th day of September, 2013, the Plaintiff, Dolores Parente, was rightly present upon the premises of the Defendant.

2. That the Defendant, THF Glen Carbon Development, LLC, organized as a limited liability corporation, owned certain premises located in the County of Madison and State of Illinois commonly known as Cottonwood Plaza, 300 Junction Drive, Glen Carbon, Illinois; that further, Cottonwood Plaza is improved with buildings and commercial spaces, which are served by a common sidewalk adjoining the commercial spaces.

3. That the Defendant, TKG Management, Inc., d/b/a The Kroenke Group, is a corporation, and doing business in the County of Madison and State of Illinois,

1

engaged in the practice of real estate and/or rental management in connection with the shopping center owned by the Defendant, THF Glen Carbon Development, LLC.

4. That the Defendant, Cato Corporation, is a corporation organized pursuant to law, doing business in the County of Madison and State of Illinois; that further, the Defendant, Cato Corporation, operated and continues to operate a retail clothing store located in Cottonwood Plaza, open to members of the public.

5. That on September 13, 2013, the Plaintiff was rightfully upon the premises of the Defendant, Cato Corporation; that further, the Plaintiff left the Cato store and utilized a sidewalk or walkway located in front of the Cato store; that further, while walking on the sidewalk, the Plaintiff fell on a series of concrete steps located on the sidewalk; that further, these steps varied in riser height.

6. That the Defendant owed a duty to the Plaintiff to exercise ordinary care and caution for the safety of the Plaintiff; that notwithstanding said duty, the Defendant was negligent in one or more of the following ways:

    a. Permitted stairs or steps of varying rise height to be used by members of the public.

    b. Failed to provide a handrail or handrails for use by persons traversing the stairs of varying riser height.

    c. Failed to warn the Plaintiff of the varying riser height of the stairs or steps.

7. That as a proximate result of one or more of the aforedescribed acts or omissions of negligence, the Plaintiff received injuries to the bones, muscles and tissues of her body when she fell on the steps located on the premises of or under the control of one or more of the Defendants; that further, the Plaintiff has in the past and will in the future be required to expend large sums of money in securing medical care

and treatment for her injuries; that further, the Plaintiff has in the past and will in the future continue to suffer physical pain and suffering as a result of her injuries, and that the Plaintiff has in the past and will in the future continue to suffer disability and impairment in her activities of daily living all as a result of the negligence of the Defendant.

WHEREFORE, the Plaintiff, Dolores Parente, prays for damages against the Defendant, THF Glen Carbon Development, LLC, in an amount in excess of $50,000.00 (FIFTY-THOUSAND DOLLARS) but less than $75,000.00 (SEVENTY-FIVE DOLLARS).

### Count II

Comes now the Plaintiff, Dolores Parente, by her attorneys, Beatty & Motil, and complaining against the Defendant, TKG Management, Inc., d/b/a The Kroenke Group, does allege and state as follows:

1. That on or about the 13th day of September, 2013, the Plaintiff, Dolores Parente, was rightly present upon the premises of the Defendant.

2. That the Defendant, THF Glen Carbon Development, LLC, organized as a limited liability corporation, owned certain premises located in the County of Madison and State of Illinois commonly known as Cottonwood Plaza, 300 Junction Drive, Glen Carbon, Illinois; that further, Cottonwood Plaza is improved with buildings and commercial spaces, which are served by a common sidewalk adjoining the commercial spaces.

3. That the Defendant, TKG Management, Inc., d/b/a The Kroenke Group, is a corporation, and doing business in the County of Madison and State of Illinois,

engaged in the practice of real estate and/or rental management in connection with the shopping center owned by the Defendant, THF Glen Carbon Development, LLC.

4. That the Defendant, Cato Corporation, is a corporation organized pursuant to law, doing business in the County of Madison and State of Illinois; that further, the Defendant, Cato Corporation, operated and continues to operate a retail clothing store located in Cottonwood Plaza, open to members of the public.

5. That on September 13, 2013, the Plaintiff was rightfully upon the premises of the Defendant, Cato Corporation; that further, the Plaintiff left the Cato store and utilized a public sidewalk or walkway located in front of the Cato store; that further, while walking on the sidewalk, the Plaintiff fell on a series of concrete steps located on the sidewalk; that further, these step varied in riser height.

6. That the Defendant owed a duty to the Plaintiff to exercise ordinary care and caution for the safety of the Plaintiff; that notwithstanding said duty, the Defendant was negligent in one or more of the following ways:

  a. Permitted stairs or steps of varying rise height to be used by members of the public.

  b. Failed to provide a handrail or handrails for use by persons traversing the stairs of varying riser height.

  c. Failed to warn the Plaintiff of the varying riser height of the stairs or steps.

7. That as a proximate result of one or more of the aforedescribed acts or omissions of negligence, the Plaintiff received injuries to the bones, muscles and tissues of her body when she fell on the steps located on the premises of or under the control of one or more of the Defendants; that further, the Plaintiff has in the past and will in the future be required to expend large sums of money in securing medical care

and treatment for her injuries; that further, the Plaintiff has in the past and will in the future continue to suffer physical pain and suffering as a result of her injuries, and that the Plaintiff has in the past and will in the future continue to suffer disability and impairment in her activities of daily living all as a result of the negligence of the Defendant.

WHEREFORE, the Plaintiff, Dolores Parente, prays for damages against the Defendant, TKG Management, Inc., d/b/a The Kroenke Group, in an amount in excess of $50,000.00 (FIFTY-THOUSAND DOLLARS) but less than $75,000.00 (SEVENTY-FIVE DOLLARS).

### Count III

Comes now the Plaintiff, Dolores Parente, by her attorneys, Beatty & Motil, and complaining against the Defendant, Cato Corporation, does allege and state as follows:

1. That on or about the 13th day of September, 2013, the Plaintiff, Dolores Parente, was rightly present upon the premises of the Defendant.

2. That the Defendant, THF Glen Carbon Development, LLC, organized as a limited liability corporation, owned certain premises located in the County of Madison and State of Illinois commonly known as Cottonwood Plaza, 300 Junction Drive, Glen Carbon, Illinois; that further, Cottonwood Plaza is improved with buildings and commercial spaces, which are served by a common sidewalk adjoining the commercial spaces.

3. That the Defendant, TKG Management, Inc., d/b/a The Kroenke Group, is a corporation, and doing business in the County of Madison and State of Illinois,

5

engaged in the practice of real estate and/or rental management in connection with the shopping center owned by the Defendant, THF Glen Carbon Development, LLC.

4. That the Defendant, Cato Corporation, is a corporation organized pursuant to law, doing business in the County of Madison and State of Illinois; that further, the Defendant, Cato Corporation, operated and continues to operate a retail clothing store located in Cottonwood Plaza, open to members of the public.

5. That on September 13, 2013, the Plaintiff was rightfully upon the premises of the Defendant, Cato Corporation; that further, the Plaintiff left the Cato store and utilized a public sidewalk or walkway located in front of the Cato store; that further, while walking on the sidewalk, the Plaintiff fell on a series of concrete steps located on the sidewalk; that further, these steps varied in riser height.

6. That the Defendant owed a duty to the Plaintiff to exercise ordinary care and caution for the safety of the Plaintiff; that notwithstanding said duty, the Defendant was negligent in one or more of the following ways:

   a. Permitted stairs or steps of varying rise height to be used by members of the public.

   b. Failed to provide a handrail or handrails for use by persons traversing the stairs of varying riser height.

   c. Failed to warn the Plaintiff of the varying riser height of the stairs or steps.

7. That as a proximate result of one or more of the aforedescribed acts or omissions of negligence, the Plaintiff received injuries to the bones, muscles and tissues of her body when she fell on the steps located on the premises of or under the control of one or more of the Defendants; that further, the Plaintiff has in the past and will in the future be required to expend large sums of money in securing medical care

and treatment for her injuries; that further, the Plaintiff has in the past and will in the future continue to suffer physical pain and suffering as a result of her injuries, and that the Plaintiff has in the past and will in the future continue to suffer disability and impairment in her activities of daily living all as a result of the negligence of the Defendant.

WHEREFORE, the Plaintiff, Dolores Parente, prays for damages against the Defendant, Cato Corporation, in an amount in excess of $50,000.00 (FIFTY-THOUSAND DOLLARS) but less than $75,000.00 (SEVENTY-FIVE DOLLARS).

BEATTY & MOTIL

By: _____
William S. Beatty - #0014558̸4
78 S. Main Street
P.O. Box 730
Glen Carbon, Illinois 62034
618/288-1300
ATTORNEYS FOR PLAINTIFF

September 10, 2015

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY
155 N Main St., Edwardsville, IL 62025
(618) 296-4464
madisoncountycircuitclerkIL.com

CASE No. 2015 L 001163

DATE: September 10, 2015

DOLORES PARENTE

          PLAINTIFF

VS.

GLEN CARBON DEVELOPMENT LLC
R OTTO MALY
211 N STADIUM BLVD SUITE
COLUMBIA, MO 65203

          DEFENDANT

Served:
9/21/15

DEFENDANT: GLEN CARBON DEVELOPMENT LLC

    You are hereby summoned and required to file an answer in this case, or otherwise file your appearance, in the office of the Madison County Circuit Clerk, within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, a judgment or decree by default may be taken against you for the relief prayed in the complaint.

    This summons must be returned by the officer or other person to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

    This summons may not be served later than 30 days after its date.

    Witness: MARK VON NIDA the Clerk of said Circuit Court and the seal thereof, at Edwardsville, Illinois, this September 10, 2015.

(SEAL)

MARK VON NIDA
CLERK OF THE CIRCUIT COURT

BY: _____
      Deputy Clerk

(Plaintiff's attorney or plaintiff if he is not represented by an attorney)
WILLIAM S. BEATTY
BEATTY & MOTIL
78 S MAIN ST PO BOX 730
GLEN CARBON, IL 62034

Date of Service: _____, 20_____.
(To be inserted by officer on the copy left with the defendant or other person)

The Madison County Court makes every effort to comply with accessibility laws and provides reasonable accommodations to persons with disabilities. Hearing, visual and other assistance may be arranged by contacting our Court Disability Coordinator, Teri Picchioldi at 618-296-4884.

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

FILED
SEP 10 2015
CLERK OF CIRCUIT COURT #76
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

DOLORES PARENTE, )
 )
        Plaintiff, )
 )
-vs- ) Case No. 15-L-1163
 )
THF GLEN CARBON DEVELOPMENT, LLC, )
TKG MANAGEMENT, INC., d/b/a )
THE KROENKE GROUP, and CATO )
CORPORATION, )
 )
        Defendants. )

## COMPLAINT

### Count I

Comes now the Plaintiff, Dolores Parente, by her attorneys, Beatty & Motil, and complaining against the Defendant, THF Glen Carbon Development, LLC, does allege and state as follows:

1. That on or about the 13th day of September, 2013, the Plaintiff, Dolores Parente, was rightly present upon the premises of the Defendant.

2. That the Defendant, THF Glen Carbon Development, LLC, organized as a limited liability corporation, owned certain premises located in the County of Madison and State of Illinois commonly known as Cottonwood Plaza, 300 Junction Drive, Glen Carbon, Illinois; that further, Cottonwood Plaza is improved with buildings and commercial spaces, which are served by a common sidewalk adjoining the commercial spaces.

3. That the Defendant, TKG Management, Inc., d/b/a The Kroenke Group, is a corporation, and doing business in the County of Madison and State of Illinois,

engaged in the practice of real estate and/or rental management in connection with the shopping center owned by the Defendant, THF Glen Carbon Development, LLC.

4. That the Defendant, Cato Corporation, is a corporation organized pursuant to law, doing business in the County of Madison and State of Illinois; that further, the Defendant, Cato Corporation, operated and continues to operate a retail clothing store located in Cottonwood Plaza, open to members of the public.

5. That on September 13, 2013, the Plaintiff was rightfully upon the premises of the Defendant, Cato Corporation; that further, the Plaintiff left the Cato store and utilized a sidewalk or walkway located in front of the Cato store; that further, while walking on the sidewalk, the Plaintiff fell on a series of concrete steps located on the sidewalk; that further, these steps varied in riser height.

6. That the Defendant owed a duty to the Plaintiff to exercise ordinary care and caution for the safety of the Plaintiff; that notwithstanding said duty, the Defendant was negligent in one or more of the following ways:

    a. Permitted stairs or steps of varying rise height to be used by members of the public.

    b. Failed to provide a handrail or handrails for use by persons traversing the stairs of varying riser height.

    c. Failed to warn the Plaintiff of the varying riser height of the stairs or steps.

7. That as a proximate result of one or more of the aforedescribed acts or omissions of negligence, the Plaintiff received injuries to the bones, muscles and tissues of her body when she fell on the steps located on the premises of or under the control of one or more of the Defendants; that further, the Plaintiff has in the past and will in the future be required to expend large sums of money in securing medical care

and treatment for her injuries; that further, the Plaintiff has in the past and will in the future continue to suffer physical pain and suffering as a result of her injuries, and that the Plaintiff has in the past and will in the future continue to suffer disability and impairment in her activities of daily living all as a result of the negligence of the Defendant.

WHEREFORE, the Plaintiff, Dolores Parente, prays for damages against the Defendant, THF Glen Carbon Development, LLC, in an amount in excess of $50,000.00 (FIFTY-THOUSAND DOLLARS) but less than $75,000.00 (SEVENTY-FIVE DOLLARS).

### Count II

Comes now the Plaintiff, Dolores Parente, by her attorneys, Beatty & Motil, and complaining against the Defendant, TKG Management, Inc., d/b/a The Kroenke Group, does allege and state as follows:

1.   That on or about the 13th day of September, 2013, the Plaintiff, Dolores Parente, was rightly present upon the premises of the Defendant.

2.   That the Defendant, THF Glen Carbon Development, LLC, organized as a limited liability corporation, owned certain premises located in the County of Madison and State of Illinois commonly known as Cottonwood Plaza, 300 Junction Drive, Glen Carbon, Illinois; that further, Cottonwood Plaza is improved with buildings and commercial spaces, which are served by a common sidewalk adjoining the commercial spaces.

3.   That the Defendant, TKG Management, Inc., d/b/a The Kroenke Group, is a corporation, and doing business in the County of Madison and State of Illinois,

engaged in the practice of real estate and/or rental management in connection with the shopping center owned by the Defendant, THF Glen Carbon Development, LLC.

4.   That the Defendant, Cato Corporation, is a corporation organized pursuant to law, doing business in the County of Madison and State of Illinois; that further, the Defendant, Cato Corporation, operated and continues to operate a retail clothing store located in Cottonwood Plaza, open to members of the public.

5.   That on September 13, 2013, the Plaintiff was rightfully upon the premises of the Defendant, Cato Corporation; that further, the Plaintiff left the Cato store and utilized a public sidewalk or walkway located in front of the Cato store; that further, while walking on the sidewalk, the Plaintiff fell on a series of concrete steps located on the sidewalk; that further, these step varied in riser height.

6.   That the Defendant owed a duty to the Plaintiff to exercise ordinary care and caution for the safety of the Plaintiff; that notwithstanding said duty, the Defendant was negligent in one or more of the following ways:

    a.   Permitted stairs or steps of varying rise height to be used by members of the public.

    b.   Failed to provide a handrail or handrails for use by persons traversing the stairs of varying riser height.

    c.   Failed to warn the Plaintiff of the varying riser height of the stairs or steps.

7.   That as a proximate result of one or more of the aforedescribed acts or omissions of negligence, the Plaintiff received injuries to the bones, muscles and tissues of her body when she fell on the steps located on the premises of or under the control of one or more of the Defendants; that further, the Plaintiff has in the past and will in the future be required to expend large sums of money in securing medical care

and treatment for her injuries; that further, the Plaintiff has in the past and will in the future continue to suffer physical pain and suffering as a result of her injuries, and that the Plaintiff has in the past and will in the future continue to suffer disability and impairment in her activities of daily living all as a result of the negligence of the Defendant.

WHEREFORE, the Plaintiff, Dolores Parente, prays for damages against the Defendant, TKG Management, Inc., d/b/a The Kroenke Group, in an amount in excess of $50,000.00 (FIFTY-THOUSAND DOLLARS) but less than $75,000.00 (SEVENTY-FIVE DOLLARS).

### Count III

Comes now the Plaintiff, Dolores Parente, by her attorneys, Beatty & Motil, and complaining against the Defendant, Cato Corporation, does allege and state as follows:

1. That on or about the 13th day of September, 2013, the Plaintiff, Dolores Parente, was rightly present upon the premises of the Defendant.

2. That the Defendant, THF Glen Carbon Development, LLC, organized as a limited liability corporation, owned certain premises located in the County of Madison and State of Illinois commonly known as Cottonwood Plaza, 300 Junction Drive, Glen Carbon, Illinois; that further, Cottonwood Plaza is improved with buildings and commercial spaces, which are served by a common sidewalk adjoining the commercial spaces.

3. That the Defendant, TKG Management, Inc., d/b/a The Kroenke Group, is a corporation, and doing business in the County of Madison and State of Illinois,

engaged in the practice of real estate and/or rental management in connection with the shopping center owned by the Defendant, THF Glen Carbon Development, LLC.

4. That the Defendant, Cato Corporation, is a corporation organized pursuant to law, doing business in the County of Madison and State of Illinois; that further, the Defendant, Cato Corporation, operated and continues to operate a retail clothing store located in Cottonwood Plaza, open to members of the public.

5. That on September 13, 2013, the Plaintiff was rightfully upon the premises of the Defendant, Cato Corporation; that further, the Plaintiff left the Cato store and utilized a public sidewalk or walkway located in front of the Cato store; that further, while walking on the sidewalk, the Plaintiff fell on a series of concrete steps located on the sidewalk; that further, these steps varied in riser height.

6. That the Defendant owed a duty to the Plaintiff to exercise ordinary care and caution for the safety of the Plaintiff; that notwithstanding said duty, the Defendant was negligent in one or more of the following ways:

    a. Permitted stairs or steps of varying rise height to be used by members of the public.

    b. Failed to provide a handrail or handrails for use by persons traversing the stairs of varying riser height.

    c. Failed to warn the Plaintiff of the varying riser height of the stairs or steps.

7. That as a proximate result of one or more of the aforedescribed acts or omissions of negligence, the Plaintiff received injuries to the bones, muscles and tissues of her body when she fell on the steps located on the premises of or under the control of one or more of the Defendants; that further, the Plaintiff has in the past and will in the future be required to expend large sums of money in securing medical care

and treatment for her injuries; that further, the Plaintiff has in the past and will in the future continue to suffer physical pain and suffering as a result of her injuries, and that the Plaintiff has in the past and will in the future continue to suffer disability and impairment in her activities of daily living all as a result of the negligence of the Defendant.

WHEREFORE, the Plaintiff, Dolores Parente, prays for damages against the Defendant, Cato Corporation, in an amount in excess of $50,000.00 (FIFTY-THOUSAND DOLLARS) but less than $75,000.00 (SEVENTY-FIVE DOLLARS).

BEATTY & MOTIL

By: *[signature]*

William S. Beatty - #00145564
78 S. Main Street
P.O. Box 730
Glen Carbon, Illinois  62034
618/288-1300
ATTORNEYS FOR PLAINTIFF